UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORI D. SHAVLIK,<br><br>                Plaintiff,<br>  vs.<br><br>SNOHOMISH COUNTY, SNOHOMISH COUNTY SUPERIOR COURT, JASON GREENFIELD, STEVEN CLOUGH, JACALYN D. BRUDVIK, SUSAN C. GAER, TRACY G. WAGGONER, PATRICK M. MORIARTY,<br><br>                Defendants. | NO. 2:19-cv-00539-RSM<br><br>STIPULATED MOTION AND ORDER EXTENDING INITIAL SCHEDULING DATES |

## **STIPULATION**

Pro Se Plaintiff Lori D. Shavlik and Defendants, by and through their counsel of record, stipulate to a two-week extension of the initial scheduling dates established by the Court's April 17, 2019 Order. Dkt. # 7. Counsel for Defendants, Joseph B. Genster, requested that Plaintiff agree to an extension because he will be out of the office from May 13, 2019 through May 28, 2019 to attend his daughter's college graduation in Washington D.C. and visit relatives on the East Coast. Plaintiff graciously agreed. For those reasons, the parties stipulate to the entry of an order extending the following deadlines:

1. Deadline for FRCP 26(f) Conference extended from May 15, 2019 to **May 29, 2019**;

2. Deadline for Initial Disclosures extended from May 22, 2019 to **June 5, 2019**; and

3. Deadline for filing Joint Status Report and Discovery Plan extended from May 29, 2019 to **June 12, 2019**.

DATED this 7th day of May, 2019.

By: */s/ Lori Shavlik*
Lori Shavlik, *Pro Se* Plaintiff


ADAM CORNELL
Snohomish County Prosecuting Attorney

By */s/ Joseph B. Genster*
JOSEPH B. GENSTER, WSBA No. 14968
Deputy Prosecuting Attorney
Attorney for Defendants
Snohomish County Prosecuting Attorney - Civil Division
3000 Rockefeller Ave., M/S 504
Everett, Washington 98201
(425) 388-6330 / Fax: (425) 388-6333
jgenster@snoco.org

## ORDER

Based on the foregoing stipulation of the parties, the Court finds that good cause has been shown for a two-week extension of the initial scheduling dates (Dkt. # 7). The deadline dates have been amended as follows:

1. Deadline for FRCP 26(f) Conference extended to **May 29, 2019**;

2. Deadline for Initial Disclosures extended to **June 5, 2019**; and

3. Deadline for filing Joint Status Report and Discovery Plan extended to **June 12, 2019**.

IT IS SO ORDERED this 10th day of May, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE