UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORI D. SHAVLIK,<br><br>                Plaintiff,<br><br>  vs.<br><br>SNOHOMISH COUNTY, SNOHOMISH COUNTY SUPERIOR COURT, JASON GREENFIELD, STEVEN CLOUGH, JACALYN D. BRUDVIK, SUSAN C. GAER, TRACY G. WAGGONER, PATRICK M. MORIARTY,<br><br>                Defendants. | NO. C19-539 RSM<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

*Pro se* Plaintiff Lori Shavlik, and Defendants, by and through Defendants' counsel of record, stipulate to the dismissal of this action with prejudice and without an award of attorney's fees or costs. *See* Dkts. #15 and #16.

Pursuant to the foregoing stipulation, it is HEREBY ORDERED that this action is dismissed with prejudice and without an award of attorney's fees or costs.

DATED this 13th day of June 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE - 1